
**CT Corporation**

**Service of Process Transmittal**
05/08/2015
CT Log Number 527089794

**TO:**

**RE:** Process Served in Illinois

**FOR:** USF Holland Inc. (Domestic State: MI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joel Hodge, Pltf. vs. USF Holland Inc., etc. and YRC Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Affidavit |
| **COURT/AGENCY:** | Marion County - 4th Judicial Circuit Court, IL<br>Case # 15L12 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 06/03/2014 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/08/2015 at 14:25 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Mrs. Michelle M. Rich<br>Thomas C. Rich, P.C.<br>6 Executive Drive, Suite 3<br>Fairview Hieghts, IL 62208<br>618-632-0044 |
| **REMARKS:** | . |
| **ACTION ITEMS:** | Image SOP<br>Email Notification, David Cooper david.cooper@yrcw.com<br>Email Notification, Ellen Toth ellen.toth@odnss.com<br>Email Notification, Laurey Wischropp Laurey.wischropp@yrcw.com<br>Email Notification, Danna Cannon danna.cannon@yrcw.com<br>Email Notification, Tracy Vierthaler tracy.vierthaler@yrcw.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

EXHIBIT A

Page 1 of 1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE __FOURTH__ JUDICIAL CIRCUIT
__MARION__ COUNTY

| Joel Hodge Jr. | vs | 15-L-12 USF Holland Inc., a corporation |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Thomas Q. Rich PC _____ Code _____
Address 10 Executive Dr., Suite 3
City Fairview Heights, IL 62208 Phone 618-632-2044
Add. Pltf. Atty. _____ Code _____

NAME USF Holland Inc., a corporation
C/O Agent, CT Corporation System
ADDRESS 208 So Lasalle St, Suite 814
CITY & STATE Chicago, IL 60604-1101

**SUMMONS**

To the above named defendant(s).......:

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20 __ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 4/14 20 15

__Ronda Yates__
Clerk of Court

BY DEPUTY: _____

SEAL

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant or other person)

RBP/503 (618) 277-4109

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
    By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of Service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
    By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):
    By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

_____, Sheriff of _____ County

_____, Deputy

---

**SHERIFF'S FEES**

Service and return _____ $

Miles _____

Total _____ $

Sheriff of _____ County


# CT Corporation

**Service of Process Transmittal**
05/08/2015
CT Log Number 527089804

TO: Laurey Wischropp
YRC Worldwide Inc.
10990 Roe Ave
Overland Park, KS 66211-1213

RE: **Process Served in Illinois**

FOR: YRC Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joel Hodge, Pltf. vs. USF Holland Inc., etc. and YRC Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Affidavit |
| **COURT/AGENCY:** | Marion County - 4th Judicial Circuit Court, IL<br>Case # 15L12 |
| **NATURE OF ACTION:** | 06/03/2014 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/08/2015 at 17:27 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Mrs. Michelle M. Rich<br>Thomas C. Rich, P.C.<br>6 Executive Drive, Suite 3<br>Fairview Hieghts, IL 62208<br>618-632-0044 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/11/2015, Expected Purge Date: 05/16/2015<br>Image SOP<br>Email Notification, David Cooper david.cooper@yrcw.com<br>Email Notification, Ellen Toth ellen.toth@odnss.com<br>Email Notification, Laurey Wischropp Laurey.wischropp@yrcw.com<br>Email Notification, Danna Cannon danna.cannon@yrcw.com<br>Email Notification, Tracy Vierthaler tracy.vierthaler@yrcw.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE __FOURTH__ JUDICIAL CIRCUIT

__MARION__ COUNTY

| | |
|---|---|
| Joel Hodge Jr. | 15-L-12 |
| vs | YRC Inc., a corporation |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Thomas Q. Keefe, PC _____ Code _____
Address 6 Executive Dr., Suite 3 _____
City Fairview Heights, IL 62208 Phone 618-632-0044
Add. Pltf. Atty. _____ Code _____

NAME YRC Inc., a corporation
C/O Agent, CT Corporation System
ADDRESS 208 So Lasalle Street, Suite 81
CITY & STATE Chicago, IL 60604

**SUMMONS**

To the above named defendant(s). . . . . . :

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 __
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __4/14__ 20 __15__

Ronda Yates
Clerk of Court

BY DEPUTY: _____

SEAL

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant or other person)

RBP/503 (618) 277-4109

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
    By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of Service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
    By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):
    By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| | | |
| | | |

(d) - (Other service):

    _____, Sheriff of _____ County

    _____, Deputy

---

**SHERIFF'S FEES**

Service and return_____\$
Miles _____
Total _____\$_____

Sheriff of _____ County

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | |
|---|---|
| JOEL HODGE,<br><br>  Plaintiff,<br><br>vs.<br><br>USF HOLLAND INC.,<br>a corporation, AND<br><br>YRC INC.,<br>a corporation<br><br>  Defendant, | )<br>)<br>)<br>)<br>)<br>) NO: 15-L-12<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
CLERK OF THE CIRCUIT COURT
APR 14 2015
*Ronda Yates*
MARION COUNTY
SALEM ILLINOIS

## COMPLAINT

### COUNT I
(Comparative Negligence)
Joel Hodge v. USF Holland Inc., a corporation

Now comes the Plaintiff, Joel Hodge, by and through his attorney, Thomas C. Rich, P.C., and for his cause of action against the Defendant, USF Holland Inc., a corporation (herein after referred to as USF Holland), respectfully represents unto the Court as follows:

1. That on June 3, 2014, the Plaintiff was operating a gate at his place of employment at Radiac Abrasives in Salem, Illinois.

2. That on June 3, 2014, the Defendant, USF Holland, by and through its agent and employee, was operating a motor vehicle on the premises of Radiac Abrasives in Salem, Illinois.

3. That at said time and place, the vehicle operated by the Defendant, USF Holland, rolled back into the gate and pulled the gate out of the Plaintiff's arms causing it to injure the Plaintiff.

4. That at said time and place, the Defendant, by and through its agent and employee, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

   a. The Defendant failed to keep a proper lookout for gates on the premises of Radiac Abrasives;

   b. The Defendant drove its vehicle in such a manner as to cause it to strike the gate causing it to come out of Plaintiff's arms;

   c. The Defendant failed to properly apply the brakes of its vehicle;

   d. The Defendant operated its vehicle at an excessive rate of speed which was greater than was reasonable and proper;

5. That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, USF Holland, the Plaintiff was injured in one or more of the following ways:

   a. The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

   b. The Plaintiff received injuries to his neck;

   c. The Plaintiff received injuries to his shoulder;

   d. The Plaintiff received injuries to his back;

   e. The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

   f. The Plaintiff has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment and services in the future;

   g. The Plaintiff has suffered disability as a result of his injuries;

   h. The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

   i. The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, Joel Hodge, prays judgment against the Defendant, USF Holland Inc., a corporation, for a fair and just award in excess of Fifty Thousand Dollars ($50,000.00) plus costs of this suit.

## COUNT II
(Comparative Negligence)
Joel Hodge v. YRC Inc., a corporation

Now comes the Plaintiff, Joel Hodge, by and through his attorney, Thomas C. Rich, P.C., and for his cause of action against the Defendant, YRC Inc., a corporation (herein after referred to as YRC), respectfully represents unto the Court as follows:

1. That on June 3, 2014, the Plaintiff was operating a gate at his place of employment at Radiac Abrasives in Salem, Illinois.

2. That on June 3, 2014, the Defendant, YRC, by and through its agent and employee, was operating a motor vehicle on the premises of Radiac Abrasives in Salem, Illinois.

3. That at said time and place, the vehicle operated by the Defendant, YRC, rolled back into the gate and pulled the gate out of the Plaintiff's arms causing it to injure the Plaintiff.

4. That at said time and place, the Defendant, by and through its agent and employee, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

   a. The Defendant failed to keep a proper lookout for gates on the premises of Radiac Abrasives;

   b. The Defendant drove its vehicle in such a manner as to cause it to strike the gate causing it to come out of Plaintiff's arms;

   c. The Defendant failed to properly apply the brakes of its vehicle;

   d. The Defendant operated its vehicle at an excessive rate of speed which was greater than was reasonable and proper;

5. That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, YRC, the Plaintiff was injured in one or more of the following ways:

a. The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

b. The Plaintiff received injuries to his neck;

c. The Plaintiff received injuries to his shoulder;

d. The Plaintiff received injuries to his back;

e. The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

f. The Plaintiff has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment and services in the future;

g. The Plaintiff has suffered disability as a result of his injuries;

h. The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

i. The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, Joel Hodge, prays judgment against the Defendant, YRC Inc., a corporation, for a fair and just award in excess of Fifty Thousand Dollars ($50,000.00) plus costs of this suit.

Respectfully submitted,

*Michelle M. Rich*
BY: THOMAS C. RICH, P.C.
Mr. Thomas C. Rich #06186229
Mrs. Kristina D. Cooksey #6299549
Mrs. Michelle M. Rich #6310004
Attorneys at Law
6 Executive Drive, Suite 3
Fairview Heights, IL 62208
618-632-0044 PHONE
618-632-9749 FAX
tomrich@tomrichlaw.com

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | |
|---|---|
| JOEL HODGE, | ) |
| Plaintiff, | ) |
| vs. | ) NO: 15-L-12 |
| USF HOLLAND INC., a corporation, AND | ) |
| YRC INC., a corporation | ) |
| Defendant, | ) |

FILED
CLERK OF THE CIRCUIT COURT
APR 14 2015
Ronda Yates
MARION COUNTY
SALEM ILLINOIS

## AFFIDAVIT

Now comes Thomas C. Rich, P.C. attorney for the Plaintiffs in the above titled action and at the time of the filing of this Complaint have reasonable grounds to believe that the damages to the Plaintiff as a result of the injuries sustained herein will be in excess of Fifty Thousand Dollars ($50,000.00).

4/13/15
DATE

BY: THOMAS C. RICH, P.C.
Mr. Thomas C. Rich #06186229
Ms. Kristina D. Cooksey #6299549
Mrs. Michelle M. Rich #6310004
Attorneys at Law
6 Executive Drive, Suite 3
Fairview Heights, IL 62208
618-632-0044 PHONE
618-632-9749 FAX
tomrich@tomrichlaw.com