UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HODGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:15-cv-00640-SMY-DGW |
| | ) |
| USF HOLLAND INC. and YRC INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between the parties hereto, that plaintiff Joel Hodge's cause of action against defendants USF Holland Inc. and YRC Inc. is dismissed with prejudice, and each party is to bear their own court costs.

/s/ Thomas C. Rich (by consent)
Mr. Thomas C. Rich
Ms. Kristina D. Cooksey
Ms. Michelle M. Rich
Thomas C. Rich, P.C.
Attorneys for Plaintiff
6 Executive Drive, Suite 3
Fairview Heights, Illinois  62208
(618) 632-0044
(618) 632-9749 (Fax)

/s/ Donald L. O'Keefe
Donald L. O'Keefe  #6208898
Thomas G. Wilmowski, Jr.   #6298778
Attorneys for Defendants
PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)